**Belle Kinkaid, Appellee, v. William L. Kinkaid, Appellant.**

**Gen. No. 5,497. (Not to be reported in full.)**

Appeal from the Circuit Court of Warren county; the Hon. ROBERT J. GRIER, Judge, presiding. Heard in this court at the April term, 1913. Reversed and remanded. Opinion filed August 2, 1913.

HANLEY & Cox, for appellant.

D. C. MILLER and R. C. HUNT, for appellee.

MR. PRESIDING JUSTICE WHITNEY delivered the opinion of the court.

## Abstract of the Decision.

In accordance with directions of Supreme Court in 256 Ill. 548 to this court to affirm or reverse and remand, this cause is reversed and remanded. See 168 Ill. App. 333.